IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIAMS        )<br>                     )<br>v.                    )<br>                     ) CASE NO. 1:18-cv-00226<br>MONGER, et al.   )<br>                     ) | |

## MOTION TO CONTINUE

COME NOW the Defendants in the above styled action and request that the Court continue the hearing on the Motion for Default set for June 15, 2018 at 930 AM and shows the Court as follows:

1. Currently, Counsel for the Defendants has several matters scheduled for June 15, 2018. See EXHIBIT A. Typically, Defendants' Counsel could easily accommodate the various appearances, but due to the AILA Conference this week in San Francisco and summer vacations, Defendants' Counsel is short approximately six attorneys for June 15, 2018, and thus, unable to accommodate all of his scheduled appearances.

2. In addition, the parties have exchanged demand letters, and Defendants' Counsel is hopefully that this matter might be resolved without further litigation.

3. Accordingly, Defendants request that this matter be reset from the 15th to the Court's next available calendar.

   Respectfully submitted this 13th day of June, 2018.

                          TAYLOR, LEE & ASSOCIATES, LLC.

                          /s/ Jerome Lee
                          Jerome Lee, Esq.
                          Counsel for Defendants
                          Georgia Bar No. 443455

6855 Jimmy Carter Boulevard
Building 2100, Suite 2150
Norcross, Georgia 30071
Telephone: (770) 650-7200
Facsimile: (678) 735-4512
Email: jerome@htlweb.com

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:17-CR-00356 |
| OSCAR VALENCIA-ALVAREZ ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing document upon Counsel for the Plaintiff via electronic delivery on the EM/CMF system.

Respectfully submitted this 13th day of June, 2018.

                                 TAYLOR, LEE & ASSOCIATES, LLC.

                                 /s/ Jerome Lee
                                 Jerome Lee, Esq.
                                 Counsel for Defendants
                                 Georgia Bar No. 443455

6855 Jimmy Carter Boulevard
Building 2100, Suite 2150
Norcross, Georgia 30071
Telephone: (770) 650-7200
Facsimile: (678) 735-4512
Email: jerome@htlweb.com

**EXHIBIT A**

| Case Style | Case Number | Court and County | Judge |
|---|---|---|---|
| State v. Bonilla-Bonilla | 18-B-01010 | Gwinnett Superior Court (CRIMINAL) | Batchelor |
| State v. Gomez-Ramirez | E02848364 | Habersham County State Court (CRIMINAL) | Duty |
| State v. Del Castillo | 17-ST-07744 | Douglas State Court (CRIMINAL) | Duty |
| State v. Segovia-Espinoza | 17-B-01010 | Gwinnett Superior Court (CRIMINAL) | Davis |
| State v. Galindo-Rendon | 17-B-00139 | Gwinnett Superior Court (CRIMINAL) | Davis |
| In re Martinez-Cardenas | | Individual Hearing Immigration Court | Cassidy |
| Williams v. Monger | 1:18-cv-00226 | Federal Court (CIVIL) | May |